U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Charles Handy, Rita Dunn and Dorothy Luckett, | FILED:   AUGUST 8, 2008 |
| | 08CV4504 |
| v. | JUDGE HOLDERMAN |
| CHAC, Inc. and Planned Property Management, Inc. | MAGISTRATE JUDGE COX |
| | NF |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Charles Handy, Rita Dunn and Dorothy Luckett, Plaintiffs.

| |
|---|
| NAME (Type or print)<br>Richard Wheelock |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Richard Wheelock |
| FIRM<br>Legal Assistance Foundation of Metropolitan Chicago |
| STREET ADDRESS<br>111 W. Jackson, 3d Floor |
| CITY/STATE/ZIP<br>Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6186597 | TELEPHONE NUMBER<br>312-347-8389 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |