U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Charles Handy, Rita Dunn and Dorothy Luckett,

v.

CHAC, Inc. and Planned Property Management, Inc.

Case Number:
FILED: AUGUST 8, 2008
08CV4504
JUDGE HOLDERMAN
MAGISTRATE JUDGE COX
NF

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Charles Handy, Rita Dunn and Dorothy Luckett, Plaintiffs.

| |
|---|
| NAME (Type or print)<br>Charles R. Petrof |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>  s/ Charles R. Petrof |
| FIRM<br>Legal Assistance Foundation of Metropolitan Chicago |
| STREET ADDRESS<br>111 W. Jackson, 3d Floor |
| CITY/STATE/ZIP<br>Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6231201 | TELEPHONE NUMBER<br>312-347-8318 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐