UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES HANDY, RITA DUNN, and DOROTHY LUCKETT, <br><br> Plaintiffs, <br><br> v. <br><br> CHAC, INC., an Illinois corporation, and PLANNED PROPERTY MANAGEMENT, INC., an Illinois corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 08 CV 4504 |

## APPEARANCE

The undersigned enters the appearance of Defendant Planned Property Management, Inc., and my appearance as attorney of record in the above-entitled cause.

/s/ Alvin R. Becker
Alvin R. Becker and the law firm of
Beermann Swerdlove LLP

Alvin R. Becker - ARDC No. 147966
Beermann Swerdlove LLP
161 North Clark Street, 26th Floor
Chicago, Illinois 60601
(312) 621-9700

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES HANDY, RITA DUNN, and DOROTHY LUCKETT, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 CV 4504 |
| CHAC, INC., an Illinois corporation, and PLANNED PROPERTY MANAGEMENT, INC., an Illinois corporation, | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF FILING

TO:  Richard Wheelock, Esq.
Charles R. Petrof, Esq.
Legal Assistance Foundation of
  Metropolitan Chicago
111 West Jackson Blvd., 3rd Floor
Chicago, Illinois 60604

PLEASE TAKE NOTICE that on **August 29, 2008**, we filed with the Clerk of the U.S. District Court, Northern District, Eastern Division, **Appearance**, a copy of which is attached hereto and is hereby served upon you.

BEERMANN SWERDLOVE LLP
Attorneys for Planned Property Management, Inc.

By:   /s/ Alvin R. Becker
Alvin R. Becker, One of Its Attorneys

Alvin R. Becker - ARDC No. 147966
Beermann Swerdlove LLP
161 North Clark Street, 26th Floor
Chicago, Illinois 60601
(312) 621-9700
Firm No. 80095

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to 735 ILCS 5/1-109, that the Notice of Filing, together with the document(s) referred to therein, were sent to the individual(s) indicated above via email through electronic filing on **August 29, 2008**.

/s/ Alicia Salibellas
Alicia Salibellas