**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 cv 4504
CHARLES HANDY, RITA DUNN AND DOROTHY LUCKETT, Plaintiff(s) v. CHAC Inc., an Illinois Corporation, and Planned Property Management, Inc. and Illinois Corporation, Defendant(s)

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, CHAC Inc., an Illinois Corporation

| | |
|---|---|
| NAME (Type or print) Lucille A.Blackburn | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Lucille A. Blackburn | |
| FIRM  Greene and Letts, Attorneys at Law | |
| STREET ADDRESS  111 West Washington Street, Suite 1650 | |
| CITY/STATE/ZIP  Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  3278975 | TELEPHONE NUMBER  (312) 346-1100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |