**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **Charles Handy, Rita Dunn,** )<br>**And Dorothy Luckett** )<br>  )<br>       **Plaintiffs,** )<br>  )<br>    v.   )<br>  )<br>**CHAC Inc., an Illinois Corporation, and** )<br>**Planned Property Management, Inc. an** )<br>**Illinois Corporation** )<br>  )<br>       **Defendants.** ) | Judge James F. Holderman<br><br>Case NO. 08 CV 4504 |

**DEFENDANT CHAC INC.'S MOTION FOR AN EXTENSION OF TIME TO ANSWER
OR <u>OTHERWISE PLEAD</u>**

NOW COMES the Defendant, CHAC, INC., by and through their attorneys, MARTIN P. GREENE, KEVIN T. LEE and LUCILLE A. BLACKBURN of the law firm of GREENE AND LETTS, and hereby moves this Honorable Court for an extension of time to answer or otherwise plead to the complaint herein.  In support of which defendant states as follows:

1. The law firm of Greene and Letts was retained as counsel for defendant CHAC, INC. in this matter.

2. Plaintiffs filed their complaint in this matter on August 8, 2008.

3. Defendant has until September 2, 2008, to answer or otherwise plead.

4. Additional time will be necessary for counsel to investigate the facts, acquire necessary documents, consult with their client, and prepare an answer or other responsive pleading.

5. Accordingly, Defendant seeks an extension of time to and including, September 30, 2008, to answer or otherwise plead to plaintiffs' complaint.

6. This motion is made in the interest of justice and not for purposes of delay and will not prejudice any party.

WHEREFORE, Defendant, CHAC INC., by and through their attorneys, moves this Honorable Court for entry of an order extending the time to answer or otherwise plead in this matter to and including September 30, 2008.

Respectfully submitted,

CHAC, INC.

By: /s/ Lucille A. Blackburn
    Lucille A. Blackburn

Martin P. Greene
Kevin T. Lee
Lucille A. Blackburn
GREENE AND LETTS
Attorneys for defendant
111 W. Washington Street, Suite 1650
Chicago, Illinois 60602
312/346-1100