IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Charles Handy, Rita Dunn, <br> And Dorothy Luckett <br><br> Plaintiffs, <br><br> v. <br><br> CHAC Inc., an Illinois Corporation, and <br> Planned Property Management, Inc. an <br> Illinois Corporation <br><br> Defendants. | Judge James F. Holderman <br><br> Case NO. 08 CV 4504 |

### NOTICE OF MOTION

TO:  Richard M. Wheelock                    Alvin R. Becker
     Legal Assistance Foundation of Chicago  Beermann Swerdlove, LLP
     111 West Jackson Boulevard, 3rd Floor   161 N. Clark St., Ste.2600
     Chicago, IL 60604                       Chicago, IL 60601

PLEASE TAKE NOTICE that on **Tuesday, September 09, 2008** at **9:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the **Honorable Judge James F. Holderman** or any Judge sitting in his stead, in Room 2541, 219 South Dearborn, Chicago, Illinois and move the Court pursuant to the attached: **DEFENDANT CHAC INC.'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD.**

                                            /s/ Lucille A. Blackburn
                                             Lucille A. Blackburn

Martin P. Greene
Kevin T. Lee
Lucille A. Blackburn
GREENE AND LETTS
Attorneys for Plaintiff
111 W. Washington Street
Suite 1650
Chicago, Illinois 60602
312-346-1100

**PROOF OF SERVICE**

    The undersigned hereby certifies that the above mentioned documents were served on the above-mentioned parties on **September 2, 2008**:

( **x**)    by electronic notification

( )    by personal delivery

( )    by placing a copy of same in an envelope properly addressed and stamped and placing an envelope in a U.S. Mail Box at 111 West Washington Street, Chicago, Illinois.


                                            */s/ Lucille A. Blackburn*
                                             Lucille A. Blackburn


Martin P. Greene
Kevin T. Lee
Lucille A. Blackburn
GREENE AND LETTS
Attorneys for Plaintiff
111 W. Washington Street
Suite 1650
Chicago, Illinois 60602
312-346-1100

Case 1:08-cv-04504   Document 12   Filed 09/02/2008   Page 3 of 5

Case 1:08-cv-04504 Document 12 Filed 09/02/2008 Page 4 of 5

Case 1:08-cv-04504 Document 12 Filed 09/02/2008 Page 5 of 5